Bryan R. Clark, Esq. (#4442)
Scott P. Doney, Esq. (#8049)
**CANE CLARK LLP**
3273 E. Warm Springs Rd.
Las Vegas, NV 89120
Telephone: (702) 312-6255
Facsimile: (702) 944-7100
Email: sdoney@caneclark.com
*Attorneys for plaintiffs Regenicin, Inc., John Weber, Joseph Rubinfeld, and Craig Eagle*

Anthony D. Guenther, Esq.
Nevada Bar No. 5651
**THE LAW OFFICES OF ANTHONY D. GUENTHER, ESQ.**
3273 E. Warm Springs Rd.
Las Vegas, Nevada 89120
Telephone: (702) 589-5179
Facsimile: (702) 944-7100
Email: adg@adguentherlaw.com
*Attorneys for plaintiff Randall McCoy*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REGENICIN, INC.; RANDALL MCCOY; JOHN WEBER; JOSEPH RUBINFELD; and CRAIG EAGLE<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH CONNELL; ROE CORPORATIONS I through X and DOES I through X, inclusive,<br><br>Defendants. | CASE NO: 2:11-cv-00509-GMN -LRL<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE** |

IT HEREBY STIPULATED AND AGREED, by and among plaintiffs REGENICIN, INC., RANDALL MCCOY, JOHN WEBER, JOSEPH RUBINFELD, and CRAIG EAGLE (collectively, "Plaintiffs"), through their respective undersigned counsel, and defendant JOSEPH CONNELL ("Defendant"), appearing in form pauperis, as follows:

    1.    The above-captioned matter may be, and hereby is, dismissed, without prejudice, and

/ / /

2. The pending motion to dismiss filed by Plaintiff may be, and hereby is, vacated.

Dated this 30th day of June, 2011.        Dated this 26 day of July, 2011.

THE LAW OFFICES OF ANTHONY D.           CANE CLARK LLP
GUENTHER, ESQ.

_____             _____
Anthony D. Guenther, Esq. (#5651)       Bryan R. Clark, Esq. (#4442)
3273 E. Warm Springs Rd.                Scott P. Doney, Esq. (#8049)
Las Vegas, NV 89120                     3273 E. Warm Springs Rd.
*Attorneys for plaintiff Randall McCoy* Las Vegas, NV 89120
                                        *Attorneys for plaintiffs Regenicin, Inc., John Weber, Joseph Rubinfeld, and Craig Eagle*

Dated this 21 day of June, 2011.

Defendant In Forma Pauperis

_____
Joseph Connell (#5651)
110 Winner Ave.
Carolina Beach, NC 28428
Defendant in Forma Pauperis

**ORDER**

**IT IS SO ORDERED** this 26th day of July, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted By:

THE LAW OFFICES OF ANTHONY D.
GUENTHER, ESQ.

_____
Anthony D. Guenther, Esq. (#5651)
3273 E. Warm Springs Rd.
Las Vegas, NV 89120
*Attorneys for plaintiff Randall McCoy*